UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:                                                          Chapter 7

Richard Martin Lewiston,                                        Case No. 12-58599

     Debtor.                                                   Hon. Phillip J. Shefferly

_____/

Gene R. Kohut, Chapter 7 Trustee,                               Adversary Proceeding
                                                                No. 14-4843-PJS
     Plaintiff,

v.

Wayne County Treasurer,

     Defendant.

_____/

**ORDER DENYING MOTION TO DISMISS**

On April 9, 2015, the Court issued an Opinion Denying Motion to Dismiss ("Opinion") (ECF

No. 19). For the reasons set forth in the Opinion, all of which are incorporated herein,

**IT IS HEREBY ORDERED** that the Wayne County Treasurer's motion to dismiss (ECF No. 7)

is denied.

**IT IS FURTHER ORDERED**, pursuant to Fed. R. Bankr. P. 7012(a), that the Wayne County

Treasurer shall have until **April 24, 2015** in which to answer the complaint.

.

**Signed on April 09, 2015**

                                 **/s/ Phillip J. Shefferly**
                                  **Phillip J. Shefferly**
                                  **United States Bankruptcy Judge**